# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5054**                              **September Term, 2006**

                                                    05cv01522

**Filed On:**

James Eric Loften,
    Appellant

v.

U.S. Government,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT 11 2006

CLERK

### ORDER

    Upon consideration of the court's orders filed on April 12, 2006 and June 8, 2006, which were sent to James Eric Loften at McConnell Correctional Institution, TX State Prison, 3001 Emily Drive, Beeville, TX 78102-8696; the return of the orders by the United States Postal Service due to an invalid address; and it appearing that the court has no other valid address for appellant, it is

    **ORDERED**, on the court's own motion, that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

    The Clerk is directed to issue the mandate herein 45 days from the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
Nancy G. Dunn
Deputy Clerk

RECEIVED
OCT 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT