# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 06-5054     September Term, 2006

05cv01522

**Filed On:**

James Eric Loften,
    Appellant

v.

U.S. Government,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT 11 2006

CLERK

## ORDER

Upon consideration of the court's orders filed on April 12, 2006 and June 8, 2006, which were sent to James Eric Loften at McConnell Correctional Institution, TX State Prison, 3001 Emily Drive, Beeville, TX 78102-8696; the return of the orders by the United States Postal Service due to an invalid address; and it appearing that the court has no other valid address for appellant, it is

**ORDERED**, on the court's own motion, that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate herein 45 days from the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 12, 1, 06
BY: [signature]
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: [signature]
Nancy G. Dunn
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk